THOMAS O. GILLIS, SBN 40186
ATTORNEY AT LAW
1006 H STREET, SUITE 1
MODESTO, CALIFORNIA  95354
TEL: (209) 575-3116
FAX: (209) 575-5956

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

In Re:

    Farm Credit West, PCA

    Plaintiff (s),

v.

    CASE LANTING, ET AL,

    Defendant(s)

_____/

CASE NO. 2:13-CV-00586-LKK-AC

# ORDER EXTENDING TIME TO ANSWER COMPLAINT

Based on the stipulation of the parties and GOOD CAUSE APPEARING, Debtors may have until May 10, 2013 to answer the complaint on file herein.

BY THE COURT,

Dated:  April 25, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1