THOMAS O. GILLIS, SBN 40186
ATTORNEY AT LAW
1006 H STREET, SUITE 1
MODESTO, CALIFORNIA  95354
TEL: (209) 575-3116
FAX: (209) 575-5956

Attorney for Defendants
CASE LANTING, ET AL.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

In Re:

FARM CREDIT WEST, PCA

                Plaintiff(s),

v.

CASE LANTING, ET AL,

                Defendant(s)
_____/

CASE NO. 2:13-CV-00586-LKK-AC

**ORDER EXTENDING TIME TO
ANSWER COMPLAINT**

    Pursuant to stipulation of the parties and GOOD CAUSE APPEARING, Defendant(s) shall have until May 20, 2013, to serve and file an answer to the complaint.

BY THE COURT,

Dated:  May 14, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1