THOMAS O. GILLIS, SBN 40186
ATTORNEY AT LAW
1006 H STREET, SUITE 1
MODESTO, CALIFORNIA  95354
TEL: (209) 575-3116
FAX: (209) 575-5956

Attorney for Defendants
CASE LANTING, ET AL.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

In Re:

CASE NO. 2:13-CV-00586-LKK-AC

FARM CREDIT WEST, PCA

                Plaintiff(s),

v.

CASE LANTING, ET AL,

                Defendant(s)
_____/

## ORDER EXTENDING TIME TO ANSWER COMPLAINT

Pursuant to stipulation of the parties and GOOD CAUSE APPEARING, Defendant(s) shall have until May 20, 2013, to serve and file an answer to the complaint.

BY THE COURT,

Dated:  May 14, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1