UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In Re:

FARM CREDIT WEST, PCA,

Plaintiff,

v.

CASE LANTING, et al.,

Defendants.

______________________________/

NO. CIV. S-13-0586 LKK/AC

O R D E R

The operative complaint provides: "[T]he claim for relief presented arises in Tulare County, California, because the contracts at issue were to be performed in Tulare County, California." (ECF No. 1.)

Based on the foregoing, it appears that this action should have been commenced in the Fresno division of this court. See Local Rule 120(d). Accordingly, it is hereby TRANSFERRED to the Fresno division. See Local Rule 120(f). Any hearing dates before the undersigned are VACATED. The Clerk is DIRECTED to take all necessary action to effect this transfer.

IT IS SO ORDERED.

DATED: May 14, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT